**Dismiss and Opinion Filed November 4, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01089-CV

## THE ESTATE OF CURTIS MCCARTY

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04018-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Nowell, and Justice Smith
Opinion by Justice Nowell

On September 16, 2022, after appellant had failed to file his brief, we ordered appellant to file his brief by September 26, 2022. Although we cautioned him that failure to comply would result in dismissal of the appeal without further notice, *see* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c), he has not complied. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

211089f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THE ESTATE OF CURTIS MCCARTY

No. 05-21-01089-CV

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-21-04018-C.
Opinion delivered by Justice Nowell, Chief Justice Burns and Justice Smith participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 4th day of November, 2022.